United States District Court
Southern District of Texas
FILED

MAY - 8 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-18-1893-S3 |
| LINDA NICOLE MORENO | § | |
| AARON ORTIZ | § | |
| ENRIQUE SANCHEZ-RODRIGUEZ | § | |
| DAVID GIL | § | |
| JOSHUA LEE DELEON | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about August 2018 to on or about October 25, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LINDA NICOLE MORENO
AARON ORTIZ
ENRIQUE SANCHEZ-RODRIGUEZ
and
JOSHUA LEE DELEON**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about October 25, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LINDA NICOLE MORENO**
and
**AARON ORTIZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 4 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about October 25, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**AARON ORTIZ**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the Southern District of Texas, McAllen Division, on January 28, 2009, in cause number 7:07cr854-S1-002 for Conspiracy to Carjack, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Raven Arms, Model MP-25, .25 Auto caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Four

On or about September 11, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LINDA MORENO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 549 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Five

On or about October 23, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LINDA NICOLE MORENO**
**AARON ORTIZ**
**and**
**ENRIQUE SANCHEZ-RODRIGUEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 986 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Six

From on or about October 2018 to on or about December 10, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ENRIQUE SANCHEZ-RODRIGUEZ**
and
**DAVID GIL**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Seven

On or about December 10, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ENRIQUE SANCHEZ-RODRIGUEZ**
and
**DAVID GIL**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 900 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Eight

From on or about September 15, 2018 to on or about September 17, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LINDA NICOLE MORENO**
and
**JOSHUA LEE DELEON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 grams or more, that is, approximately 462 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## Count Nine

On or about April 10, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSHUA LEE DELEON**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 156th District Court of Live Oak County, Texas, on April 8, 2015, in cause number L-14-0089-CR-B for Felon in Possession of Firearm, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Glock, Model 22, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

**18 U.S.C. §924(d)(1) and 28 U.S.C. § 2461(c)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**AARON ORTIZ**
**and**
**JOSHUA LEE DELEON**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms or ammunition involved in said violation(s) are subject to forfeiture, including but not limited to the following:

Raven Arms, Model MP-25, .25 Auto caliber pistol, Serial number 1749906

Fifty-three (53) rounds of assorted ammunition

Glock, Model 22, .40 caliber pistol, Serial number NHR217

One (1) round of Winchester, .40 S&W in caliber ammunition

One (1) round of Tulammo, .40 S&W in caliber ammunition

Four (4) rounds of Federal, .40 S&W in caliber ammunition

Seven (7) rounds of Winchester, .40 S&W in caliber ammunition

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY